

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00332-CV

Otis **SPEARS**, Oscar Minor and Bruce O'Neal, as trustees of the Emmanuel African Methodist
Episcopal Church,
Appellants

v.

**EMMANUEL AFRICAN METHODIST EPISCOPAL CHURCH**, Carl E. Garmon Sr. &
Raymond Bryant and Crosspoint Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-01189
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: October 6, 2021

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion states appellees agree to
the dismissal pursuant to a settlement agreement between the parties. Therefore, we grant the
motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1. Costs of the appeal are taxed against
appellants. *See id.* R. 42.1(d).

PER CURIAM